UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| WILLIAM POU, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONMEBOL, CONCACAF, MIAMI DOLPHINS, LTD., AND SOUTH FLORIDA STADIUM LLC,<br><br>Defendants. | Civil Case No. 1:24-cv-22828-BB |

**DEFENDANT SOUTH FLORIDA STADIUM LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant South Florida Stadium LLC makes the following disclosures. Defendant South Florida Stadium LLC is a limited liability company organized under the laws of the state of Florida. South Florida Stadium LLC does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: August 26, 2024

Respectfully submitted,

By: */s/ Melissa C. Pallett-Vasquez*
Melissa C. Pallett-Vasquez
Fla. Bar No.: 0715816
Matthew W. Tieman
Fla. Bar No.: 1044909
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131-3456
Telephone: (305) 350-2393
Facsimile: (305) 374-7593
Email: mpallett@bilzin.com
Email: mtieman@bilzin.com
Email: eservice@bilzin.com

*Counsel for Defendant South Florida Stadium LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 26, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/   Melissa C. Pallett-Vasquez*
Melissa C. Pallett-Vasquez